UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:22-cv-05277-DSF-AFM                              Date:  February 17, 2023

Title    Marvin Lee James v. D. Samuel et al

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

      The Court previously extended the deadline for Plaintiff to file a First Amended Complaint to January 30, 2023.  (ECF No. 12.) The docket shows that, as of the date of this Order, plaintiff has not filed a First Amended Complaint. Accordingly, on or before March 10, 2023, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. The filing of a First Amended Complaint remedying the previously identified pleading deficiencies before March 10, 2023, shall discharge this Order to Show Cause. Plaintiff is admonished that if he fails to comply with this Order, the Court will recommend that this action be dismissed without leave to amend and with prejudice.

      IT IS SO ORDERED.

                                                                                               :
                                                                      **Initials of Preparer**    ib